```
                                          ____ FILED    ____ ENTERED
CV 01-1729 #1                             ____ LODGED   ____ RECEIVED

                                                OCT 25 2001      KN
                                                    AT SEATTLE
                                              CLERK U.S. DISTRICT COURT
                                            WESTERN DISTRICT OF WASHINGTON
                                          BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRE WATSON,
           Plaintiff,

v.

CITY OF SEATTLE, a municipal corporation and SEATTLE POLICE DEPARTMENT OFFICER TOMMY DORAN,

           Defendants

No. **C01-1729L**

KING COUNTY SUPERIOR COURT
CAUSE NO 01-2-28061-9SEA

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)**

TO.  THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendants hereby give notice that they are removing this case to the United States District Court for the Western District of Washington on the grounds set forth below

1    On October 9, 2001, the above-entitled action was filed against defendants in King County Superior Court and was thereafter given Cause No 01-2-28061-9SEA

2    On October 11, 2001, Defendant City of Seattle was served with a copy of plaintiffs' Summons and Complaint, which is attached as <u>Exhibit A</u> to the Verification of State Court Records

NOTICE OF REMOVAL TO FEDERAL COURT - 1



STAFFORD FREY COOPER
—— *Professional Corporation* ——
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

\\SFC3\DATA\CLIENTS\3000\000\3019\22562\FEDERAL PLEADINGS\REMOVAL...

ORIGINAL

3. On October 17, 2001, counsel for defendants filed a Notice of Appearance on behalf of the City of Seattle with the Superior Court, which is attached as Exhibit B to the Verification of State Court Records. There have been no further proceedings in this action.

4. Counsel for defendants have not yet received verification that defendant Seattle Police Officer Tommy Doran has been served. In any event, all defendants are represented by Stafford Frey Cooper and join in this removal (without waiving insufficiency of service or process of service).

5. Under the express terms of the complaint, plaintiff Andre Watson alleges a claim for civil rights violations under 42 U.S.C. Sec. 1983.

6. The claim for a violation of 42 U.S.C. Sec 1983 arises under and is controlled by the laws and the Constitution of the United States and therefore falls within the original jurisdiction of the United States District Court. See 28 U S C §§ 1331, 1343, & 1441(b). The entire case may be removed to the United States District Court for determination of all issues. See 28 U.S.C § 1441(c).

7. Defendants have filed this Notice of Removal within thirty days after receipt, through service or otherwise, of a copy of plaintiff's complaint. See 28 U.S.C § 1446(b).

8. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. See 28 U S C § 1441(a).

NOTICE OF REMOVAL TO FEDERAL COURT - 2

STAFFORD FREY COOPER
—Professional Corporation—
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

\\SFC3\DATA\CLIENTS\3000\000\3019\22582\FEDERAL PLEADINGS\REMOVAL-NOTICE2FEDCOURT DOC