CV 01-1729 #2

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        OCT 25 2001      KN
              AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRE WATSON,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation and SEATTLE POLICE DEPARTMENT OFFICER TOMMY DORAN,<br><br>  Defendants | C01-1729L<br>KING COUNTY SUPERIOR COURT<br>CAUSE NO. 01-2-28061-9SEA<br><br>**NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT** |

TO:      ANDRE WATSON, Plaintiff,

AND TO:  LEMBHARD G. HOWELL, Attorney for Plaintiff:

YOU ARE HEREBY NOTIFIED that on the 25TH day of October, 2001, defendants filed with the United States District Court for the Western District of Washington at Seattle its *Notice of Removal* of the action brought in the Superior Court of Washington for King County, Cause No. 01-2-28061-9SEA.

NOTICE TO PLAINTIFFS OF
REMOVAL TO FEDERAL COURT - 1

ORIGINAL

STAFFORD FREY COOPER
————— *Professional Corporation* —————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q:\CLIENTS\3000\000\3019\22770\FEDERAL PLEADINGS\REMOVAL-NOTICE2PLAINTIFF.DOC

Defendants thereafter filed a copy of the *Notice of Removal* with the clerk of the Superior Court. Copies of the Notice of Removal, Verification of State Court Records, and the Notice to Superior Court of Removal is herewith served upon you

DATED this 24th day of October, 2001

STAFFORD FREY COOPER

By _____
Ted Buck, WSBA #22029
Tobin E Dale, WSBA # 29595
Attorneys for Defendants City of Seattle
and Detective Tom Doran

NOTICE TO PLAINTIFFS OF
REMOVAL TO FEDERAL COURT - 2

Q:\CLIENTS\3000\000\3019\22770\FEDERAL PLEADINGS\REMOVAL-NOTICE2PLAINTIFF DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900