CV 01-1729 #3

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 25 2001   KN

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRE WATSON,

                    Plaintiff,

        v

CITY OF SEATTLE, a municipal corporation
and SEATTLE POLICE DEPARTMENT
OFFICER TOMMY DORAN,

                    Defendants

**C01-1729**

KING COUNTY SUPERIOR COURT
CAUSE NO  01-2-28061-9SEA

**VERIFICATION OF STATE COURT
RECORDS**

**VERIFICATION**

The undersigned hereby declares the following

1. The undersigned are counsel for defendants

2   Pursuant to CR 101(b), attached are true and correct copies of all records and proceedings in the Superior Court of King County, Washington received by defendant City of Seattle in the above-entitled action, Cause No  01-2-28061-9SEA

VERIFICATION OF STATE COURT
RECORDS - 1

Q \CLIENTS\3000\000\3019\22770\FEDERAL PLEADINGS\REMOVAL-VERIFICATION DOC

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

ORIGINAL

1

2

3

4

| Exhibit | Document |
|---------|----------|
| A | Plaintiffs' Summons and Complaint |
| B | Notice of Appearance for Defendant City of Seattle |

5 DATED this **24th** day of October, 2001

6                                          STAFFORD FREY COOPER

7

8                              By _____Tobin E. Dale_____

9                                   Ted Buck, WSBA #22029
                                    Tobin E. Dale, WSBA # 29595
10                                  Attorneys for Defendants City of Seattle
                                    and Detective Tom Doran

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**VERIFICATION OF STATE COURT
RECORDS - 2**

STAFFORD FREY COOPER
— Professional Corporation —
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Q \CLIENTS\3000\000\3019\22770\FEDERAL PLEADINGS\REMOVAL-VERIFICATION.DOC

RECEIVED
In King County Superior Court Clerk's Office
OCT 0 9 2001
Cashier Section
Superior Court Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

ANDRE WATSON,

    Plaintiff,

vs.

The CITY OF SEATTLE, a municipal corporation; and Seattle Police Officer TOMMY DORAN,

    Defendants.

NO. 01-2-28061-9SEA

SUMMONS

TO THE DEFENDANTS:  A lawsuit has been started against you in the above-entitled court by ANDRE WATSON, plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within twenty (20) days after the service of this summons, excluding the day of service, or sixty (60) days excluding the day of service if served outside of the State of Washington, or a

1



LAW OFFICES
LEMBHARD G. HOWELL, P.S.
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1    default judgement may be entered against you without notice.
2    A default judgment is one where plaintiff is entitled to what
3    he asks for because you have not responded.  If you serve a
4    notice of appearance on the undersigned person, you are
5    entitled to notice before a default judgment may be entered.

6         You may demand that the plaintiff file this lawsuit with
7    the court.  If you do so, the demand must be in writing and
8    must be served upon the person signing this summons.  Within
9    14 days after you serve the demand, the plaintiff must file
10   this lawsuit with the court, or the service on you of this
11   summons and complaint will be void.

12        If you wish to seek the advice of an attorney in this
13   matter, you should do so promptly so that your written
14   response, if any may be served on time.

15        This summons is issued pursuant to Rule 4 of the Superior
16   Court Civil Rules of the State of Washington.

17        DATED:    October ___9___, 2001.

18
19
20                              _____
                                LEMBHARD G. HOWELL
21                              WSBA #133
                                Attorney for Plaintiff
22
23
24
25
26

                               2

LAW OFFICES
LEMBHARD G. HOWELL, P.S
PACIFIC BUILDING, SUITE 2108
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296



1

2

3

4

5

6
IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
7
IN AND FOR KING COUNTY

8
ANDRE WATSON,

                              )          NO.
9
                              )
         Plaintiff,           )
                              )
10
    vs.                       )          COMPLAINT FOR DAMAGES
                              )
11
The CITY OF SEATTLE, a        )
municipal corporation; and    )
12
Seattle Police Officer TOMMY  )
DORAN,                        )
13
                              )
         Defendants.          )
14
_____ )

15         COMES NOW the plaintiff, Andre Watson, and for cause of

16    action against defendants alleges as follows:

17

18                      I.    JURISDICTION

19         1.   All of the events and things complained of occurred

20    in  Seattle,  King  County,  Washington  and  within  the

21    jurisdiction of this court.

22

23                      II.   PARTIES

24         2.1   Plaintiff  Andre  Watson  is  an  African-American

25    resident of King County, Washington.

26         2.2   The defendant, City of Seattle is a governmental

COMPLAINT FOR DAMAGES - 1

LAW OFFICES
LEMBHARD G. HOWELL, P.S.
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1  entity with the right to sue and be sued in its own name and
2  stead.

3      2.3   Defendant Police Officer Tommy Doran was employed by
4  Defendant City of Seattle as a police officer and at all times
5  material was acting within the scope and with the knowledge,
6  permission, and consent of the defendant City of Seattle of
7  his employment.

8      2.4 Prior to the filing of this complaint, a Claim for
9  Damages was filed with the City of Seattle and more than 60
10 days have elapsed since the filing of the claim.

11

12              III.  STATEMENT OF FACTS

13     3.1   On January 22, 2000, at approximately 4:50 p.m.,
14 plaintiff, Andre Watson, an African-American, was driving a
15 1982 Honda Civic.  Plaintiff came off Highway 99 onto Seneca
16 Street and 1st Avenue.

17     3.2   Plaintiff then made a left onto 1st Avenue in the
18 left lane.  At that time, Plaintiff noticed a Seattle Police
19 Officer, later identified as Tommy Doran, speeding up and
20 slowing down next to claimant.

21     3.3   Seattle Police Officer Tommy Doran continued to
22 speed up and slow down next to plaintiff's car in a harassing
23 manner.

24     3.4  Plaintiff signaled and moved over to the right lane
25 and made a right turn onto Virginia and again signaled and
26 made another turn onto 2nd Avenue.

COMPLAINT FOR DAMAGES - 2

LAW OFFICES
LEMBHARD G. HOWELL, P.S.
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1    3.5   When Mr. Watson was on 2nd Avenue, he again signaled

2    and moved lane by lane over to the far left lane.   Seattle

3    Police Officer Tommy Doran was still following plaintiff

4    throughout this route.

5    3.6   Plaintiff then pulled up in front of the Josephinum

6    and parked.

7    3.7   Plaintiff opened his door and attempted to exit his

8    vehicle, when his foot was out of the door, plaintiff was told

9    to step back into his vehicle by Officer Tommy Doran and asked

10   for plaintiff's driver's license and registration and proof of

11   insurance.

12   3.8   Sherry Rossier, plaintiff's companion, asked Seattle

13   Police Officer Doran if there was problem.   Officer Doran

14   answered with: "You'll be finding out soon enough."   Officer

15   Tommy Doran returned to his patrol car and left the plaintiff

16   and his companion, Sherry Rossier, for approximately 20-30

17   minutes.

18   3.9   Officer Doran returned to the plaintiff's car and

19   instructed plaintiff to get out of the car.

20   3.10 Plaintiff exited the car and Officer Doran searched

21   him, handcuffed him, and then searched plaintiff's car.

22   3.11 Plaintiff's companion, Sherry Rossier again asked:

23   "What is going on?" at which point Officer Tommy Doran

24   responded:   "It was a routine stop that turned into an

25   investigation."  Ms. Rossier then asked: "An investigation of

26   what?"   Officer Doran's response was: "You'll be finding out

COMPLAINT FOR DAMAGES - 3

LAW OFFICES
LEMBHARD G. HOWELL, P.S.
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1    soon enough"

2        3.12 Plaintiff was then taken to the patrol car and

3    placed inside.

4        3.13 Ms. Rossier stepped out of the car at the same time

5    that another Seattle Police Department patrol car pulled up

6    behind them.  Ms. Rossier was told to get back in the car,

7    which she did.

8        3.14 A female Seattle Police Officer told Ms. Rossier to

9    stay in the car at which point Seattle Police Officer Doran

10   yelled to Ms. Rossier: "Get out of the car" and he grabbed and

11   slammed Ms. Rossier up against the car.

12       3.15 Ms. Rossier said that she would sue officer Doran

13   and turned to talk to the female officer Clark when Seattle

14   Police Officer Doran again slammed her into the car.   Ms.

15   Rossier was "spread eagle" with her hands on top of the car.

16       3.16 Officer Doran searched the car again.  Officer Doran

17   asks Ms. Rossier for her driver's license and proceeded to

18   grab Ms. Rossier's purse and then threw all of the contents of

19   her purse into the car.

20       3.17 Officer Doran then continued looking through the

21   car, opened the glove compartment, took out a cell phone, and

22   then told Ms. Rossier to get back in the car.

23       3.18 Officer Doran took plaintiff to the precinct where

24   he was held for another 30-40 minutes in a holding cell and

25   then taken to the Public Safety Building and eventually told

26   he was getting a ticket for no left signal, but was never

COMPLAINT FOR DAMAGES - 4

LAW OFFICES
LEMBHARD G. HOWELL, P.S
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1   given a copy of that ticket.

2        3.19 Plaintiff was eventually released at approximately

3   8:15 p.m. for what is obviously a racial profiling traffic

4   stop.

5        3.20 Plaintiff was charged with failure to use left turn

6   signal as required for lane change.  These charges proceeded

7   to trial and were known to the defendant City of Seattle and

8   were later dismissed.  Plaintiff incurred legal expenses in

9   defending against these false charges, burdening charges

10  instituted by defendant Doran.

11       3.21  The acts of defendant Doran constitutes a cavalier,

12  reckless disregard for plaintiff's constitutional rights and

13  a ratification of defendant Doran's conduct.

14       3.22  As a result of defendants' actions, plaintiff

15  suffered  personal  injuries,  embarrassment,  humiliation,

16  damaged reputation, emotional distress, and other dignitary

17  injuries, as well as costs associated with defending the false

18  charges filed against him.

19

20                      IV.  CLAIMS

21                  Count 1 (False Arrest)

22       4.  Plaintiff realleges each and every allegation in the

23  preceding paragraphs.

24       5.  Defendants' actions constitute false arrest, which

25  resulted in damages to plaintiff.

26

COMPLAINT FOR DAMAGES - 5

LAW OFFICES
LEMBHARD G  HOWELL, P.S,
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1

2                    Count 2 (Assault and Battery)

3       6.   Plaintiff realleges each and every allegation in the

4   preceding paragraphs.

5       7.   Defendants' actions constitute assault and battery,

6   which resulted in damages to plaintiff.

7

8                        Count 3 (Defamation)

9       8.   Plaintiff realleges each and every allegation in the

10  preceding paragraphs.

11      9.   Defendants' actions constitute defamation, which

12  resulted in damages to plaintiff.

13

14     Count 4 (Intentional Infliction of Emotional Distress)

15      10.  Plaintiff realleges each and every allegation in the

16  preceding paragraphs.

17      11.     Defendants'   actions   constitute   intentional

18  infliction of emotional distress, which resulted in damages to

19  plaintiff.

20

21     Count 5 (Negligent Infliction of Emotional Distress)

22      12.  Plaintiff realleges each and every allegation in the

23  preceding paragraphs.

24      13.  Defendants' actions constitute negligent infliction

25  of emotional distress, which resulted in damages to plaintiff.

26

COMPLAINT FOR DAMAGES - 6

LAW OFFICES
LEMBHARD G. HOWELL, P.S.
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-5296

1

2                    Count 6 (Malicious Prosecution)

3          14.  Plaintiff realleges each and every allegation in the

4     preceding paragraphs.

5          15.  Defendant Police Officer Tom Doran and the City of

6     Seattle maliciously prosecuted plaintiff, which resulted in

7     damages to plaintiff.

8

9                    Count 7 (Violation of 42 USC §1983)

10         16.  Plaintiff realleges each and every allegation in the

11    preceding paragraphs.

12         17.  Defendants' actions violated 42 USC §1983 , which

13    resulted in violations of plaintiff's civil rights.

14

15                    **V.  PRAYER FOR RELIEF**

16         Wherefore, plaintiff prays for relief as follows:

17         1.  For lost wages in such amount as proven at trial;

18         2.  For judgment for interest on each item of damages

19    from the date incurred until paid;

20         3.  For general damages in such amount as proven at

21    trial;

22         4.  For plaintiff's costs incurred to bring this action;

23         5.  For attorney's fees in such amount as proven at

24    trial;

25         6.  For punitive damages in such amount as proven at

26    trial;

COMPLAINT FOR DAMAGES - 7

                                        LAW OFFICES
                                   LEMBHARD G. HOWELL, P.S.
                                   PACIFIC BUILDING, SUITE 2105
                                        720 THIRD AVENUE
                                   SEATTLE, WASHINGTON 98104
                                    TELEPHONE (206) 623-5296

1        7.  For such other relief as the court deems just under

2    the circumstances.

3        DATED: October _____, 2001.

4

5                        LAW OFFICES OF LEMBHARD G. HOWELL, P.S.

6

7                        LEMBHARD G. HOWELL

8                        WSBA #133
                    Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES - 8

LAW OFFICES
LEMBHARD G. HOWELL, P.S.
PACIFIC BUILDING, SUITE 2105
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 623-3295

The Honorable J. Kathleen Learned

PROBATE DEPT
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY

ANDRE WATSON,

                  Plaintiff,

     v

THE CITY OF SEATTLE, et al.,

                  Defendants.

No. 01-2-28061-9 SEA

NOTICE OF APPEARANCE

TO:       The Clerk of the Above-Entitled Court

AND TO:  Lembhard G. Howell, Esq , Attorney for Plaintiff

     YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for defendants CITY OF SEATTLE, without waiving the questions of:

    1     Lack of jurisdiction over the subject matter;

    2     Lack of jurisdiction over the person;

    3.    Improper venue;

    4.    Insufficiency of process;

    5.    Insufficiency of service of process;

    6.    Failure to state a claim upon which relief may be granted; and

    7.    Failure to join a party under Rule 19

NOTICE OF APPEARANCE - 1

Q:\CLIENTS\3000\000\3019\NEW MATTERS\WATSON NOA.DOC

**Exhibit B**

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

1    YOU ARE FURTHER NOTIFIED that all further papers and pleadings herein,
2  except original process, shall be served upon the undersigned attorneys at the address
3  stated below.

4    DATED this 17th day of October, 2001.

5                                                STAFFORD FREY COOPER

6

7                                        By
8                                              Ted Busk, WSBA # 22029
                                               Attorneys for Defendants
9                                              The City of Seattle

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

STAFFORD FREY COOPER
————PROFESSIONAL CORPORATION————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

Q \CLIENTS\3000\000\3019\NEW MATTERS\WATSON NOA DOC

## Certificate of Service

1

2      The undersigned certifies under the penalty of perjury according to the laws of

3   the United States and the State of Washington that on this date I caused to be served in

4   the manner noted below a copy of this document entitled **NOTICE OF APPEARANCE**

5   on the following individuals·

6

7   **Lembhard G. Howell, Esq.**
   **Law Offices of Lembhard G. Howell**
8   **2105 Pacific Building**
   **720 Third Avenue**
9   **Seattle, WA  98104**

10   *Attorney for Plaintiff*

11
   [X] Via Messenger
12

13      DATED this 17th day of October, 2001, at Seattle, Washington.

14

15

16   Sally Phillips

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 3

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900
FACSIMILE (206) 624-6885

Q \CLIENTS\3000\0001\3019\NEW MATTERS\WATSON NOA DOC